UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ATUL GOEL,

              Plaintiff(s),

    v.

vCUSTOMER CORPORATION,

              Defendant(s).

NO. C06-1508

PROTECTIVE ORDER re:
DEPOSITIONS OF NON-RESIDENT
PARTIES

    The above-entitled Court, having received and reviewed:

1.    Plaintiff's Motion for Protective Order

2.    Defendant's Opposition to Plaintiff's Motion for Protective Order

3.    Reply in Support of Motion for Protective Order

and all exhibits and declarations attached thereto, makes the following ruling:

    IT IS ORDERED that the deposition of Plaintiff shall take place no earlier than three weeks from the date of this Order; and

    IT IS FURTHER ORDERED that the deposition of all non-resident parties in this matter shall be taken telephonically or by video conference.

    The clerk is directed to provide copies of this order to all counsel of record.

    Dated: July 9, 2007

Marsha J. Pechman
U.S. District Judge

**ORDER ON MTN
FOR PROT ORDER - 1**